Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

**JUN 11 2018**

By: _Anise Meyer_
Deputy Clerk

18 - 59256

Certificate Number: 15725-GAN-CC-031127693

15725-GAN-CC-031127693

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>June 4, 2018</u>, at <u>11:09</u> o'clock <u>AM EDT</u>, <u>Bella Iskhakova</u>
received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. §
111 to provide credit counseling in the <u>Northern District of Georgia</u>, an individual
[or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and
111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a
copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet.</u>

Date:  <u>June 4, 2018</u>           By:    <u>/s/Jocelyn Cardoza</u>

                              Name:  <u>Jocelyn Cardoza</u>

                              Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).